IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CITY OF PANAMA CITY BEACH,
FLORIDA,**

    **Plaintiff,**

v.                                                      **Case No. 5:10cv255/RS-MD**

**TRITON ASSET LEASING GMBH,
TRANSOCEAN HOLDINGS, LLC,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., HALLIBURTON ENERGY
SERVICES, INC., CAMERON
INTERNATIONAL CORPORATION,**

    **Defendants.**

_____/

## **ORDER**

    This case is stayed until further Order. The parties are directed to J.P.M.L. R. 7.1(a).

**ORDERED** on October 1, 2010.

                                       **/s/ Richard Smoak**
                                       **RICHARD SMOAK
                                       UNITED STATES DISTRICT JUDGE**